No. 76–6585.  CARDENAS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6593.  CLARK v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 76–6603.  SHANNON v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–6610.  MEDINA v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 76–6615.  GUILLETTE ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 76–6621.  BARON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6624.  SIGMAN v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 76–6629.  HAZZARD v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–6631.  DUNBAR v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 76–6632.  EVERMAN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–6634.  McCLAIN ET AL. v. UNITED STATES; and
No. 76–6684.  READDY v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  Reported below: No. 76–6634, 553 F. 2d 97; No. 76–6684, 553 F. 2d 98.

No. 76–6636.  LONDON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6645.  CHIARINI ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.